# Privacy Policy

> **We value Our customers and their privacy. We never sell your personal information.**

This Privacy Policy covers entities within the U-Haul System ("We", "Us", "Our"). For purposes of this Privacy Policy, the U-Haul System shall be defined as: U-Haul International, Inc. ("U-Haul"), and its parent, affiliated entities, related companies, subsidiaries, and agents who operate the U-Haul System, pursuant to which, among other things, Rental Equipment, self-storage rooms, and U-Boxes® are provided to the public, various services are rendered and products are sold.

When entering into any transaction with Us, or when using this website, which is operated by Web Team Associates, Inc. ("Web Team"), a subsidiary of U-Haul, you trust Us with information about you, including information that is directly connected to your name or personally identifiable information ("Information"). Your privacy is important to Us, and we believe it is important to share with you how We handle your information, and how you can control the collection, correction and/or deletion of information. We will not use or share your information with anyone except as described in this Privacy Policy. Please take the time to read this privacy policy carefully, and let Us know if you have any questions. This policy addresses the following:

- Information We Collect
- How We Use Information
- Information Sharing
- U-Haul Equipment Location Information
- Cookies and Similar Technologies
- Online Tracking
- Security
- Choice and Access
- Your California Privacy Rights
- Access to Specific Information, Data Portability Rights, and Deletion Rights
- Exercising Access, Data Portability, and Deletion Rights
- Links to Other Websites
- Changes
- Contact Information

Back To Top

This policy applies to information collected by the U-Haul System. The information may be collected by web applications, this website, and in your physical or digital interactions with the U-Haul System. This policy does not apply to unrelated third parties. If We are required to contact you about your information, We reserve the right to do so by e-mail, telephone, or mail.

This website may contain links to other websites. Please be aware that We are not responsible for the content or privacy practices of such other websites. We encourage Our users to be aware when they leave this website and to read the privacy statements of any other website that collects information.

## Information We Collect

The information collected may depend on the nature of how you choose to interact with Us and what services you use. We only collect information from you directly as you provide it to Us and as set forth in this Privacy Policy. The data we may collect includes:

- Identifiers and contact information
  - Name
  - Home Address
  - Phone Number
  - E-mail Address
  - Payment Information
  - Driver License
  - Date of birth
  - Other forms of identification

- Protected classification information (from Driver License)
  - Gender
  - Age

- Biometric information
  - Images of your face (when renting using Our U-Haul Truck Share 24/7® program)

- Commercial information
  - Records of personal property (if supplied for a storage contract or when filing a claim)
  - Records of products/services purchased or obtained

- Internet or other electronic network activity information
  - IP Address
  - Device / Browser Information
  - Browsing history (see "Cookies and Similar Technologies" below)
  - Log File Information such as web request, browser type, referring / exit pages and URLs, number of clicks, domain names, landing pages, pages viewed, and other such information.
  - Email or other electronic correspondence

Back To Top

- Your Location Information (with opt-in for Roadside Assistance or U-Haul Truck Share 24/7®)
- Equipment Location Information

This website is not intended for children, nor is it targeted at children under the age of thirteen (13). We do not knowingly collect any personal information from children under the age of 13 or knowingly allow such persons to create an online account. If you are under 13, please do not send any information about yourself to Us. In the event that We learn that We have collected personal information from a child under age 13, We will delete that information as quickly as possible. If you believe that We might have any information from or about a child under 13, please contact Us (/Contact/).

## How We Use Information

We collect information for fulfilling orders, providing services, and/or improving products and services. We may use or disclose the personal information We collect for one or more of the following business purposes:

- To reserve equipment and/or storage space, services, and/or products.
- To assist in the recovery of U-Haul Equipment and products that were stolen, lost, or otherwise not returned.
- To assist in the prevention of fraud and other illegal activities.
- To purchase and/or use certain products or services.
- To achieve compliance with any contract for the rental of equipment and/or storage space and/or the purchase of products and services.
- To otherwise fulfill or meet the reason you provided the information. We may also save your information to facilitate new product orders or process returns.
- To communicate with you, provide services or, serve you content and/or promotions, and send you notices.
- To provide you with support and to respond to your inquiries, including to investigate and address your concerns and monitor and improve Our responses.
- To process your requests, purchases, transactions, and payments and prevent transactional fraud.
- To support, personalize, and develop Our Websites, products, and services.
- To create, maintain, customize, and secure your account with Us.
- We use your IP address to help diagnose problems with Our server and to administer Our website. Your IP address and email address are used to help identify you and your shopping cart and to gather broad demographic information.
- To respond to your request for roadside assistance or other service to the U-Haul Equipment.

## Information Sharing

We engage certain trusted third parties to perform business functions and provide services to Us, including hosting and maintenance, error monitoring, debugging, performance monitoring, billing, customer relationship, database storage and management, and direct marketing campaigns. We may share your personal information with these third parties, including service providers and subsidiaries, but only to the extent necessary to perform these functions and provide such services. These third parties are prohibited from using information obtained in this manner for any purpose(s) other than to provide the services We have engaged them to perform. We also require these third parties to maintain the privacy and security of the personal information they process on Our behalf.

Back To Top

Examples of whom We may share information with include:

- U-Haul International, Inc. and its parent, affiliates and subsidiaries, including eMove, Inc. and U-Haul State Rental Companies and their affiliates and business partners, such as U-Haul Rental Dealers, U-Haul Self-Storage Affiliates, and Moving Helpers
- Vehicle repair and/or tow truck companies that may provide breakdown/road side assistance
- Payment card issuers, banks, credit reporting and fraud checking agencies, debt collection agencies, and insurance companies
- Transportation or driver licensing authorities, directly or through intermediary organizations
- Government or private organizations responsible for the processing or handling of transportation, tolls, traffic/moving or parking related violations
- Government, judicial, regulatory and law enforcement agencies where the disclosure is required or authorized by law
- Service providers to help Us understand usage patterns for certain services, solely for the purpose of providing services to you. Service Providers' use of your Information will be bound by this Privacy Policy.
- We may store personal information in locations outside the direct control of Us (for instance, on servers or databases co-located with hosting providers)

Careers (https://jobs.uhaul.com/?utm_source=UHaul&utm_medium=Header)
Become a Dealer (/Dealer/)
Locations (/Locations/)   Cart (/Orders/CartB/)
Sign In / Orders (/Orders/OrderLookUp/)

Except as otherwise described in this privacy statement, We will not disclose Information to any third party unless required to do so by law or subpoena or if We believe that such action is necessary to:

- a) conform to the law, comply with legal process served on Us or Our subsidiaries or affiliates, or investigate, prevent, or take action regarding suspected or actual illegal activities;
- b) to enforce Our Terms of Use (/Legal/TermsOfUse/), take precautions against liability, to investigate and defend ourselves against any third-party claims or allegations, to assist government enforcement agencies, or to protect the security or integrity of Our websites; and
- c) to exercise or protect the rights, property, or personal safety of Our company, employees, customers, or the public.

## U-Haul Equipment Location Information

Your U-Haul Vehicle, Towable Equipment or U-Box Container(s) (hereinafter "U-Haul Equipment") may be equipped with a device which collects location data of the U-Haul Equipment ("Location Detection Device"). We will only access and use the Location Detection Device in the event:

- Your U-Haul Equipment is not returned at the time and location as stated on Your U-Haul Equipment Contract;
- If the Customer reports the U-Haul Equipment stolen to law enforcement or an entity within the U-Haul System;
- If the Customer agrees for the purposes of roadside assistance or other related services to the U-Haul Equipment;
- If requested by law enforcement or appropriate governmental agency; or
- If the Customer agrees for any other purpose.

Your U-Haul Equipment location will not be tracked, for any purpose, other than stated above. We will not share or sell any data from the Location Detection Device with any external third-party other than stated in this Privacy Policy

## Cookies and Similar Technologies


Back
To Top

We use cookies and similar technologies, like pixel tags, to track customer visits through this website and improve your browsing experience. A cookie is a small text file stored on your device that is used to store information. If your browser accepts cookies, this information enables Us to save you time when returning to the website by remembering who you are and identifying your preferences so that you will not have to re-enter it during your current or future visit to the website.

Cookies also provide a smoother shopping experience by helping Us to uniquely identify shopping carts and nearby locations to provide custom, personalized content and information. Cookies cannot profile your system or collect information from your device. We do not use cookies to store payment card numbers or any other personal identification. We also use these technologies to monitor the effectiveness of our service and aggregate metrics such as total number of visitors and traffic, as well as to diagnose or fix technology problems.

We use both session cookies and persistent cookies. A persistent cookie remains on your device after you close your browser. Persistent cookies may be used by your browser on subsequent visits to the website. Persistent cookies can be removed by following your web browser's directions. A session cookie is temporary and disappears after you close your browser. You may reset your browser to clear cookies or choose to set your browser to block all cookies, including cookies associated with this website, but know that some of the website's functionality may not function properly.

## Online Tracking

Our website uses on-premises and third-party web analytics services, such as Google Analytics, to help Us analyze how visitors use the website. To learn more about opting out of data collection through Google Analytics, click here (https://support.google.com/analytics/answer/181881?hl=en).

Certain third parties may collect Personal Information about your online activities over time and across different websites when you use Our website. Your browser settings may allow you to automatically transmit a "Do Not Track" signal to websites and online services you visit. Like many websites and online services, We do not alter Our practices when We receive a "Do Not Track" signal from a visitor's browser.

## Security

We use commercially reasonable physical, managerial, and technical safeguards to preserve the integrity and security of your Information and our systems. We cannot, however, ensure or warrant the security of any information you transmit to Us and you do so at your own risk. However, please note that this is not a guarantee that such information may not be accessed, disclosed, altered, or destroyed by breach of any of our physical, technical, or managerial safeguards.

To protect your privacy and security, We take reasonable steps to verify your identity before granting you access to your account. You are responsible for maintaining the secrecy of your unique password and account information, and for controlling access to your email communications from Us, at all times.

In the event that personal information is compromised as a result of a breach of security, We will promptly notify those persons whose personal information has been compromised, in accordance with the notification procedures set forth in this Privacy Policy, or as otherwise required by applicable law.


Back
to top

## Choice and Access

How you can access or control your personal information will depend on which services you use. If you have created an online account, you can view or edit your information by accessing your account online. Otherwise, you may also contact Us (/Contact/Email.aspx) with questions or complaints about Our use and/or disclosure of your information. A request that We not use or disclose your information may affect Our ability to provide you with Our products and/or services. Further, We reserve the right to retain data as required by applicable law; and for so long as reasonably necessary to fulfill the purposes for which the data is retained except to the extent prohibited by applicable law. You may also write to Our Privacy Officer at:

Data Privacy & Security
2727 N. Central Ave
Phoenix, AZ 85004

You choose whether you wish to receive promotional emails and SMS messages. To stop receiving promotional emails, send an email asking to be removed or click "Unsubscribe" in a promotional email you received.

To stop receiving SMS messages, text "STOP" to 84285. After you send the SMS message "STOP" to Us, you should receive an SMS message to confirm that you have been unsubscribed. After this, you should no longer receive SMS messages from Us. If at any time you forget what keywords are supported, just text "HELP" to 84285. After you send the SMS message "HELP" to Us, We will respond with instructions on how to use Our service as well as how to unsubscribe.

## Your California Privacy Rights

Under California's "Shine the Light" law, California residents who provide personal information in obtaining products or services are entitled to request and obtain from Us once a calendar year information about the customer information We shared, if any, with other businesses for their own direct marketing uses. If applicable, this information would include the categories of customer information and the names and addresses of those businesses with which We shared customer information for the immediately prior calendar year.

To obtain this information, please send an email message to privacy@uhaul.com (mailto:privacy@uhaul.com) with "Request for California Privacy Information" on the subject line and in the body of your message or by sending a letter to:

Data Privacy & Security
2727 N. Central Ave
Phoenix, AZ 85004

## Access to Specific Information, Data Portability Rights, and Deletion Rights

The California Consumer Privacy Act (CCPA), and similar privacy laws in other states and provinces, provide their residents with specific rights regarding their personal information. This section describes your privacy rights and explains how to exercise those rights. You have the right to request that We disclose certain information to you about Our collection and use of your personal information over the past 12 months. Once We receive and confirm your verifiable consumer request (Email Us (/Contact/Email.aspx)), We will disclose to you:

- The categories of personal information We collected about you
- The categories of sources for the personal information We collected about you
- Our business or commercial purpose for collecting that personal information

⌃
Back
To Top

You also have the right to request the deletion of Personal Information.

## Exercising Access, Data Portability, and Deletion Rights

To exercise your access and deletion rights described above, please submit a verifiable consumer request to Us by either:

- Calling Us at 1-866-242-7780
- Emailing Us at privacy@uhaul.com (mailto:privacy@uhaul.com)
- Fill out the Contact Us form (/Contact/Email/) and select the "Data privacy request" option

Only you, or a person registered with the Secretary of State that you authorize to act on your behalf, may make a verifiable consumer request related to your personal information. The verifiable request must:

- Provide sufficient information that allows Us to reasonably verify you are the person about whom We collected personal information or an authorized representative
- Describe your request with sufficient detail that allows Us to properly understand, evaluate, and respond to it

We will only use personal information provided in a verifiable consumer request to verify the requestor's identity or authority to make the request.

## Links to Other websites

We are not responsible for the practices employed by websites linked to or from Our website nor the information or content contained therein. Please remember that when you use a link to go from our website to another website, our Privacy Policy is no longer in effect. Your browsing and interaction on any other website, including those that have a link on Our website, is subject to that website's own rules and policies. Please read over those rules and policies before proceeding.

## Changes

We reserve the right to revise, modify, add, or remove portions and reissue this Privacy Policy at any time to keep you aware of what information We collect, how We use it and under what circumstances We may disclose it. Any changes will be effective immediately upon posting of the revised Privacy Policy and your continued use of the website indicates your consent to the Privacy Policy then posted.

## Contact Information

If you have any questions or concerns about Our privacy practices, you can contact online (/Contact/Email.aspx) or by mail at:

Data Privacy & Security
2727 N. Central Ave
Phoenix, AZ 85004

Back To Top

Date of Last Revision: 4/8/2022