Rory Brian Riley (ASB 03293)
Morgan and Morgan Arizona PLLC
2355 E. Camelback Road Suite 335
Phoenix, AZ 85016
Phone: 602-735-0250
Email: briley@forthepeople.com

*(Additional Counsel listed below)*

# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Felicia Durgan, Evan Hatchell, Kasio Young, Cerise Roundtree, Thiago Costa, Bruce Proctor, Jr., Valerie Torres, Norman Lee, Jonathan Brooks, Lewis Cross, Jr., Tekara Peoples, Aaron Taylor, Christopher Tucker, Althea Kanteh, and Sakinah Batts, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U-Haul International, Inc.,<br><br>Defendant. | Case No.: 2:22-cv-01565-MTL<br><br>**NOTICE OF FILING AMENDED CLASS ACTION COMPLAINT** |

Pursuant to LRCiv. 15.1(b), Plaintiffs hereby give notice of filing an amended complaint with a copy of the amended complaint indicating in what respect it differs from the original complaint (Doc. 1) by striking through the text that was deleted and underlining the text that was added, attached as Exhibit 1.

Date: October 18, 2022    Respectfully Submitted,

/s/ John A. Yanchunis
Rory Brian Riley (ASB 03293)
Morgan and Morgan Arizona PLLC

1

2355 E. Camelback Road Suite 335
Phoenix, AZ 85016
Phone: 602-735-0250
Email: briley@forthepeople.com

John A. Yanchunis*
Ryan D. Maxey*
**MORGAN & MORGAN COMPLEX BUSINESS DIVISION**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 223-5505
jyanchunis@ForThePeople.com
rmaxey@ForThePeople.com

*Attorneys for Plaintiffs and the Proposed Class*

*pro hac vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of October, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list.

/s/ John A. Yanchunis
John A. Yanchunis