Rory Brian Riley (ASB 03293)
Morgan and Morgan Arizona PLLC
2355 E. Camelback Road Suite 335
Phoenix, AZ 85016
Phone: 602-735-0250
Email: briley@forthepeople.com

*(Additional Counsel listed below)*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTIRCT OF ARIZONA**

| | |
|---|---|
| Felicia Durgan, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U-Haul International, Inc.,<br><br>Defendant. | Case No.: 2:22-cv-01565-MTL<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE THE CONSOLIDATED COMPLAINT**<br><br>(First Request) |

On October 28, 2022, the Court ordered Plaintiffs to file a single operative Consolidated Complaint within 30 days. (Doc. 13). Pursuant to Federal Rule of Civil Procedure 6(b)(1), Plaintiffs respectfully move this Court for an extension of time until December 19, 2022, to file their Consolidated Complaint.

Pursuant to Local Civil Rule 7.3, Plaintiffs conferred with counsel for Defendant U-Haul International, Inc. ("U-Haul") regarding this requested extension, and U-Haul does not oppose this motion. The modest extension requested will not burden or prejudice Defendant or any third parties, and is consistent with the just and speedy determination of

this action. A proposed order is being submitted consistent with the relief requested, in accordance with Local Civil Rule 7.3(a).

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this motion.

Dated this 25th day of November, 2022.

                                Respectfully Submitted,

*/s/ Rory Brian Riley*
Rory Brian Riley (ASB 03293)
Morgan and Morgan Arizona PLLC
2355 E. Camelback Road Suite 335
Phoenix, AZ 85016
Phone: 602-735-0250
Email: briley@forthepeople.com

John A. Yanchunis*
Ryan D. Maxey*
MORGAN & MORGAN COMPLEX BUSINESS DIVISION
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 223-5505
jyanchunis@ForThePeople.com
rmaxey@ForThePeople.com
Attorneys for Plaintiff and the Proposed Class

William B. Federman*
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Email: wbf@federmanlaw.com

Cristina Perez Hesano (#027023)
cperez@perezlawgroup.com
PEREZ LAW GROUP, PLLC
7508 N. 59th Avenue
Glendale, AZ 85301
Telephone: 602.730.7100
Fax: 623.235.6173

Terence R. Coates*
MARKOVITS, STOCK & DEMARCO, LLC
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Phone: (513) 651-3700
Fax: (513) 665-0219
tcoates@msdlegal.com

Gary M. Klinger*
MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: 866-247-0047
gklinger@milberg.com

M. ANDERSON BERRY**
GREGORY HAROUTUNIAN**
CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORP.
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Facsimile: (916) 924-1829
Email: aberry@justice4you.com
gharoutunian@justice4you.com

Marc E. Dann**
Brian D. Flick**
DANNLAW
15000 Madison Avenue
Lakewood, OH 44107
Emails: mdann@dannlaw.com
notices@dannlaw.com

Thomas A. Zimmerman, Jr.**
Sharon A. Harris**
ZIMMERMAN LAW OFFICES, P.C.
77 Washington Street, Suite 1220
Chicago, IL 60602
Email: firm@attorneyzim.com

Robert D. Mitchell
Christopher J. Waznik
Anne P. Barber
CM Matthew Luk

>TIFFANY & BOSCO, P.A.
>Camelback Esplanade II, Seventh Floor
>2525 East Camelback Road
>Phoenix, AZ 85016
>Emails:   rdm@tblaw.com;   cjw@tblaw.com; apb@tblaw.com; cml@tblaw.com
>
>Mark S. Reich**
>Courtney E. Maccarone**
>LEVI & KORSINSKY, LLP
>55 Broadway, 10th Floor
>New York, NY 10006
>Telehone: (212) 363-7500
>Facsimile: (212) 363-7171
>Email: mreich@zlk.com
>Email: cmaccarone@zlk.com
>
>*pro hac vice
>** pro hac vice applications pending/forthcoming
>
>*Counsel for the Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE THE CONSOLIDATED COMPLAINT** was filed this 25thrd day of November, 2022, via the Court's electronic system, which served all counsel of record.

>*/s/ Rory Brian Riley*