# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Felicia Durgan, et al., | No. CV-22-01565-PHX-MTL |
| Plaintiffs, | **ORDER** |
| v. | |
| U-Haul International Incorporated, | |
| Defendant. | |

**IT IS ORDERED** that Plaintiffs' Unopposed Motion to Exceed Page Limitations (Doc. 50) is **granted**. Instead of the seventeen (17) pages allotted by LRCiv 7.2(e)(1), the page limitation for Plaintiffs' Motion and Memorandum in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement shall be twenty-eight (28) pages.

Dated this 21st day of May, 2024.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge