IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Felicia Durgan, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>U-Haul International Incorporated,<br><br>　　　　Defendant. | No. CV-22-01565-PHX-MTL<br><br>**ORDER** |

**IT IS ORDERED** setting an in-person status conference regarding the Unopposed Motion for Preliminary Approval of Class Settlement (Doc. 52) for June 14, 2024, at 1:30 p.m. (Arizona time) in Courtroom 504, Sandra Day O'Connor U.S. Federal Courthouse, 401 W. Washington St., Phoenix, Arizona 85003 before United States District Judge Michael T. Liburdi.

Dated this 28th day of May, 2024.

　　　　　　　　　　　　　　　　　Michael T. Liburdi
　　　　　　　　　　　　　　　　　United States District Judge